UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH THOMAS and ABDELHALIM H. MOHD, | § § § § § | |
| Plaintiffs, | | |
| v. | § | CIVIL ACTION NO. 4:13-cv-01022 |
| J.P.MORGAN CHASE, N.A. F/K/A CHASE HOME FINANCE, LLC, ITS SUCCESSORS AND ASSIGNS DOES 1-50, | § § § § § § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

On this day the Court considered Defendant JPMorgan Chase Bank, N.A.'s Motion for Judgment on the Pleadings (the "Motion") under Federal Rule of Civil Procedure 12(c). The Court, having considered the Motion and any response and reply thereto, finds the Motion is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiffs Elizabeth Thomas and Abdelhalim H. Mohd are hereby dismissed with prejudice. All relief not expressly granted is denied.

Date: Feb. 14

_____
JUDGE PRESIDING